**DISMISS; and Opinion Filed August 19, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00828-CR

## AVELL DAVIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-71526-Q

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

150828F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

AVELL DAVIS, Appellant

No. 05-15-00828-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-71526-Q.
Opinion delivered per curiam before Justices
Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 19th day of August, 2015.